FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:14−bk−17485−EPB |
| CARRI LOUISE PERRY<br>22510 S. 173RD WAY<br>GILBERT, AZ 85298−6987<br>**SSAN:** xxx−xx−2115<br>**EIN:** | Chapter: 13 |
| Debtor(s) | |

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

### OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | CARRI LOUISE PERRY<br>22510 S. 173RD WAY<br>GILBERT, AZ 85298−6987 |
| Address of Debtor(s) Attorney | CLINT W. SMITH<br>CLINT W. SMITH PC<br>1423 S HIGLEY ROAD SUITE 120<br>MESA, AZ 85206 |

– – – **NOTICE CONTINUES ON NEXT PAGE** – – –

2.   The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.   If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.   If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.   **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**


**Date: December 12, 2014**

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court, Arizona  
230 North First Avenue, Suite 101  
Phoenix, AZ 85003–1727  
Telephone number: (602) 682–4000  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

In re:                                                                  Case No. 14-17485-EPB
CARRI LOUISE PERRY                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2        User: estrellam          Page 1 of 2          Date Rcvd: Dec 12, 2014
                            Form ID: nch13pln        Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2014.
```
db          +CARRI LOUISE PERRY,   22510 S. 173RD WAY,   GILBERT, AZ 85298-8987
13296713    +AMERICAN ACCOUNTS & ADVISORS, INC.,   7460 80TH ST. S.,   COTTAGE GROVE MN 55016-3007
13296714    +AMERICAN FAMILY INSURANCE,   6000 AMERICAN PARKWAY,   MADISON WI 53783-0002
13296715    +BUREAU OF MEDICAL ECONOMICS,   326 E. CORONADO RD.,   PHOENIX AZ 85004-1524
13296716   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK,   PO BOX 85015,   RICHMOND VA 23285-5075)
13296717     CHANDLER RADIOLOGY ASSOCIATES,   PO BOX 15638,   SCOTTSDALE AZ 85267-5638
13296718     CHASE CARD SERVICES,   PO BOX 94014,   PALATINE IL 60094-4014
13281249     CHASE MANHATTAN MORTGAGE,   PO BOX 24696,   COLUMBUS OH 43224-0696
13296720    +CHURCH OF JESUS CHRIST OF LDS,   50 EAST NORTH TEMPLE STREET,   SALT LAKE CITY UT 84150-9001
13296721    +CITIBANK CREDIT CARD,   PO BOX 6500,   SIOUX FALLS SD 57117-6500
13296722    +COLLECTION SERVICE BUREAU,   2901 N. 78TH ST.,   SCOTTSDALE AZ 85251-6547
13296725     DEPARTMENT OF EDUCATION,   RE: SALLIE MAE,   PO BOX 740283,   ATLANTA GA 30374-0283
13296726    +DESERT SHORES PEDIATRICS, PC,   3336 E. CHANDLER HEIGHTS RD. #132,   GILBERT AZ 85298-4264
13296727    +E R SOLUTIONS, INC,   800 SW 39TH ST,   PO BOX 9004,   RENTON WA 98057-9004
13296728     EMERGENCY PROFESSIONAL SERVICES PC,   PO BOX 15070,   SCOTTSDALE AZ 85267-5070
13296729    +EOS CCA,   700 LONGWATER DR.,   NORWELL MA 02061-1624
13296730    +FIRSTSOURCE ADVANTAGE LLC,   205 BRYANT WOODS SOUTH,   BUFFALO NY 14228-3609
13296732    +GILLESPIE SHIELDS & DURRANT,   7319 N. 16TH ST. #100,   PHOENIX AZ 85020-5294
13296733    +GRAND CANYON UNIVERSITY,   C/O ACCOUNT CONTROL TECHNOLOGY, INC.,   PO BOX 1259 DEPT. #102264,
              OAKS PA 19456-1259
13296735    +GREGORY WHITE MD PC,   1641 E. OSBORN RD. #6,   PHOENIX AZ 85016-7146
13296736    +GURSTEL CHARGO,   9320 E. RAINTREE DR.,   SCOTTSDALE AZ 85260-2072
13296738    +HEALTHCARE COLLECTIONS, INC.,   22639 N. 17TH AVE.,   PHOENIX AZ 85027-1303
13296739     HOLLYWOOD VIDEO,   PO BOX 6789,   WILSONVILLE OR 97070
13296741    +INGRAM & ASSOCIATES,   1009 WINDCROSS COURT,   FRANKLIN TN 37067-2678
13296742    +INTEGRITY FINANCIAL PARTNERS, INC.,   4370 W. 109TH ST. #100,   LEAWOOD KS 66211-1316
13296743     JOSEPH MANN & CREED,   20600 CHAGRIN BLVD. #550,   BEACHWOOD OH 44122-5340
13296746   #+MEDICAL RESOURCE SYSTEMS,   PO BOX 40370,   MESA AZ 85274-0370
13296747     MERCY GILBERT MEDICAL CENTER,   FILE 50576,   LOS ANGELES CA 90074-0576
13296748    +NORTHLAND GROUP, INC.,   PO BOX 390915,   MINNEAPOLIS MN 55439-0905
13296749     PEDIATRIX CARDIOLOGY,   4722 N. 24TH ST. #150,   PHOENIX AZ 85016-4860
13296751     PREMIER EMERGENCY MEDICAL SPECIALISTS,   PO BOX 96328,   OKLAHOMA CITY OK 73143-6328
13296754     SMI IMAGING, LLC,   PO BOX 204165,   DALLAS TX 75320-4165
13296755     THE CORE INSTITUTE,   PO BOX 80184,   CITY OF INDUSTRY CA 91716-8184
13296756     THE LITTLE CLINIC,   2620 ELM HILL PIKE,   NASHVILLE TN 37214-3108
13296759   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK,   PO BOX 6345,   FARGO ND 58125)
13296760     VERIZON WIRELESS,   PO BOX 790293,   SAINT LOUIS MO 63179-0293
13296761    +WASTE MANAGEMENT,   2625 W. GRANDVIEW RD.,   PHOENIX AZ 85023-3109
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcynotices@azdor.gov Dec 12 2014 23:55:38    AZ DEPARTMENT OF REVENUE,
              BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
13296712    +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 12 2014 23:57:02    ACN-VOIP,
              C/O NCO FINANCIAL SYSTEM, INC.,   507 PRUDENTIAL RD.,   HORSHAM PA 19044-2308
13281248     E-mail/Text: bankruptcynotices@azdor.gov Dec 12 2014 23:55:39    AZ DEPT OF REVENUE,
              BANKRUPTCY UNIT,   1600 W MONROE 7TH FL,   PHOENIX AZ 85007-2650
13296723    +E-mail/Text: bankruptcy@bbvacompass.com Dec 12 2014 23:56:39    COMPASS BANK,
              2850 E CAMELBACK RD #140,   PHOENIX AZ 85016-4357
13296724    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 12 2014 23:57:58
              CREDIT COLLECTION SERVICES,   TWO WELLS AVENUE,   NEWTON CENTER MA 02459-3246
13296731    +E-mail/Text: jkrause@gilberter.com Dec 12 2014 23:57:24    GILBERT HOSPITAL,
              5656 S. POWER RD.,   GILBERT AZ 85295-8491
13296734    +E-mail/Text: bknoticing@grantweber.com Dec 12 2014 23:56:42    GRANT & WEBER,
              14795 N . 78TH WAY STE. 800,   SCOTTSDALE AZ 85260-3010
13296740     E-mail/Text: bankruptcy@icsystem.com Dec 12 2014 23:57:42    IC SYSTEM, INC.,
              444 HIGHWAY 96 E.,   PO BOX 64887,   SAINT PAUL MN 55164-0887
13281247     E-mail/Text: cio.bncmail@irs.gov Dec 12 2014 23:55:59    INTERNAL REVENUE SERVICE,
              PO BOX 7346,   PHILADELPHIA PA 19101-7346
13296744     E-mail/Text: bankruptcy@leadingedgerecovery.com Dec 12 2014 23:56:44
              LEADING EDGE RECOVERY SOLUTIONS,   PO BOX 129,   LINDEN MI 48451-0129
13296745    +E-mail/Text: ebn@ltdfin.com Dec 12 2014 23:56:11    LTD FINANCIAL SERVICES,
              7322 SOUTHWEST FREEWAY, SUITE 1600,   HOUSTON TX 77074-2134
13296752     E-mail/Text: bkdepartment@rtresolutions.com Dec 12 2014 23:57:07    REAL TIME RESOLUTIONS,
              1349 EMPIRE CENTRAL DR. #150,   DALLAS TX 75247-4029
13296753    +E-mail/PDF: pa_dc_claims@navient.com Dec 13 2014 00:01:27    SALLIE MAE SERVICING,
              PO BOX 9500,   WILKES BARRE PA 18773-9500
13296757    +E-mail/Text: k.woodworth@tiburonllc.com Dec 12 2014 23:57:58    TIBURON FINANCIAL LLC,
              11510 BLONDO ST. #200,   OMAHA NE 68164-3846
13296758    +E-mail/Text: bnc@ursi.com Dec 12 2014 23:55:50    UNITED RECOVERY SYSTEMS, LP,
              5800 N. COURSE DR.,   HOUSTON TX 77072-1613
                                                                                             TOTAL: 15
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13296711*        AZ DEPT OF REVENUE,    BANKRUPTCY UNIT,    1600 W MONROE 7TH FL,    PHOENIX AZ 85007-2650
13296719*        CHASE MANHATTAN MORTGAGE,    PO BOX 24696,    COLUMBUS OH 43224-0696
13296710*        INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA PA 19101-7346
13296737       ##HANGER P&O WEST,    3540 E. BASELINE #100,    DBA ELITE CARE,    PHOENIX AZ 85042-9628
13296750     ##+PINNACLE FINANCIAL GROUP,    7825 WASHINGTON AVE. S. #310,    MINNEAPOLIS MN 55439-2424
                                                                            TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2014 at the address(es) listed below:
```
              CLINT W. SMITH    on behalf of Debtor CARRI LOUISE PERRY staceywork@hotmail.com;st@cwspclaw.com
              RUSSELL  BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE      USTPRegion14.PX.ECF@USDOJ.GOV
                                                                            TOTAL: 3
```