| | |
|---|---|
| Clint W. Smith (010461)<br>CLINT W. SMITH, P.C.<br>1423 S. Higley Rd., #120<br>Mesa, AZ 85206<br>(480) 807-9300<br>(480) 275-5626 (fax)<br>cws@cwspclaw.com<br>Attorney for Debtor | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CARRI LOUISE PERRY ,<br><br>Debtor. | Case No.: 2:14-bk-17485-EPB<br><br>Chapter 13<br><br>MOTION TO AVOID SECOND MORTGAGE LIEN OF JPMORGAN CHASE aka REAL TIME SOLUTIONS AS SERVICER |

Debtor, through counsel undersigned, pursuant to 11 U.S.C. §506, hereby moves this Court for its Order avoiding the second mortgage lien of the JPMorgan Chase aka Real Time Solutions as Servicer. This Motion is supported by the following:

1. Debtors' residence ("Property") located at 22510 S. 173rd Way, Gilbert, Arizona 85298, is valued at $262,700.00, according to current real property values in the surrounding area, and the Maricopa County Assessor's Valuation.

2. The first mortgage lien holder, JPMorgan Chase, is owed $364,455.00 on the Property. The second mortgage lien holder, JPMorgan Chase aka Real Time Solutions as Servicer, is owed $178,467.00 on the Property. The second mortgage lien of JPMorgan Chase aka Real Time Solutions as Servicer is subject to the first mortgage lien of JPMorgan Chase, and therefore, has no collectable value.

WHEREFORE, Debtor respectfully requests this Court enter its Order avoiding the second mortgage lien of JPMorgan Chase aka Real Time Solutions as Servicer on the Property located at 22510 S. 173rd Way, Gilbert, Arizona 85298, and treat the claim of JPMorgan Chase aka Real Time Solutions as Servicer for the second mortgage lien as a general, nonpriority unsecured claim.

RESPECTFULLY SUBMITTED this 22nd day of April, 2015.

CLINT W. SMITH, PC

By /s/ Clint W. Smith
   Clint W. Smith
   Attorney for Debtor

A copy of the foregoing mailed
this 22nd day of April, 2015, to:

JPMorgan Chase
Aka Real Time Solutions as Servicer
ATTN: Renee Williams, Bankruptcy Representative and Declared Authorized Representative
3415 Vision Drive
Columbus, OH 43291

JPMorgan Chase
Aka Real Time Solutions as Servicer
ATTN: Boyd Jones, Bankruptcy Representative and Declared Authorized Representative
1820 E. Sky Harber Circle South
Phoenix, AZ 85034

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

US Trustee's Office
230 N. First Ave., Suite 204
Phoenix, AZ 85003

/s/ Stacey Tarwater
Stacey Tarwater