**TIFFANY & BOSCO**
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Secured Creditor

10-26939

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Carri Louise Perry, Carri Louise Perry<br><br>Debtors.<br>_____<br>JPMorgan Chase Bank, National Association<br><br>Secured Creditor,<br>vs.<br><br>Carri Louise Perry, Carri Louise Perry, Debtors;<br>Russell Brown, Trustee.<br><br>Respondents. | No. 2:14-bk-17485-EPB<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>RE: Real property located at<br>22510 South 173rd Way<br>Gilbert, AZ 85298 |

JPMorgan Chase Bank, National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reason:

The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to JPMorgan

Chase Bank, National Association, pursuant to the proof of claim in the amount of $32,254.77. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 30th day of June, 2015.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ LJM #014228
    Mark S. Bosco
    Leonard J. McDonald
    David W. Cowles
    Attorneys for Secured Creditor

COPY of the foregoing mailed
June 30, 2015 to:

Carri Louise Perry
22510 S. 173rd Way
Gilbert, AZ 85298
Debtors

Clint W. Smith
1423 S. Higley Road Suite 120
Mesa, AZ 85206
Attorney for Debtors

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012
Trustee

By: Dusty Hetman

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>Carri Louise Perry | Case Number<br>2:14-bk-17485-EPB | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor : **JPMorgan Chase Bank, National Association** | |
|---|---|
| | **COURT USE ONLY** |
| Name and address where notices should be sent:<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | ☐ Check this box if this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(If known)<br><br>Filed on:_____ |
| Telephone Number: 866-243-5851          email: | |
| Name and address where payment should be sent:<br>JPMorgan Chase Bank, N.A.<br>3415 Vision Drive<br>OH4-7142<br>Columbus, OH 43219 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |
| Telephone Number: 866-243-5851          email: | |

**1. Amount of Claim as of Date Case Filed: $521,353.76**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim: Money Loaned**

| 3. Last four digits of any number by which creditor identifies debtor: **3888** | 3a. Debtor may have scheduled account as: | 3b. Uniform Claim Identifier: |
|---|---|---|

**4. Secured Claim Should be**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** X Real Estate ☐ Motor Vehicle ☐ Other

**Describe: 22510 South 173rd Way, Gilbert, AZ 85298**

**Value of Property:**

**Annual Interest Rate: 5.0%** ☒ Fixed or ☐ Variable

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

**$32,254.77**

**Basis for perfection:          Deed of Trust**

**Amount of Secured Claim:          $521,353.76**

**Amount Unsecured:          $0.00**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4). | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). | |
|---|---|---|---|
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). | **Amount entitled to priority:**<br><br>$_____ |

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (See instruction #7, and the definition of "**redacted**".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:**

Check the appropriate box.

☐ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Leonard J. McDonald
Title: Attorney for Creditor
Company: Tiffany & Bosco, P.A., 10-26939
Address and telephone number (if different from notice address above):
Seventh Floor Camelback Esplanade II
2525 E. Camelback Rd.
Phoenix, AZ 85016

/s/ LJM #014228
Leonard J. McDonald

June 30, 2015
(Date)

Telephone number: 602-255-6007     email: pocnotifications@tblaw.com

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10A (Attachment A) (12/11)

# Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principle residence, you must use this form as an attachment to your Proof of Claim. See Bankruptcy Rule 3001(c)(2).

Name of Debtor: Carri Louise Perry                                     Case Number: 2:14-bk-17485-EPB

Name of Creditor: JPMorgan Chase Bank, National Association

Last four Digits of any number
by which creditor identifies debtor: 3888

## Part 1: Statement of Principle and Interest Due as of the Petition Date

Itemize the principle and interest due on the Claim as of the petition date (included in the Amount of Claim listed in item 1 on your Proof of Claim form).

1. Interest Bearing Principal — $364,455.10
2. Deferred Principal — $128,558.47
3. Total Principal due — $493,013.57

4. Interest due

| Interest rate | From | To | Amount | |
|---|---|---|---|---|
| 5% | 10/01/13 | 11/23/14 | $20,912.29 | |
| Total Interest due as of the petition date: | | | $20,912.29 | $20,912.29 |

5. Total Principal and Interest due — $513,925.86

## Part 2: Statement of Prepetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred in connection with the claim as of the petition date (included in the Amount of Claim listed in Item 1 on the Proof of Claim form.)

| Description | Date Incurred | Amount |
|---|---|---|
| Collection Inspection | May 26, 2014 | $14.00 |
| FCL Recording | June 25, 2014 | $9.00 |
| FC Atty Fee | May 28, 2014 | $750.00 |
| Title Fees | June 26, 2014 | $1,625.00 |
| FCL Service | August 13, 2014 | $85.00 |
| FCL Sale Cost | July 11, 2014 | $120.00 |
| FCL Mail | August 27, 2014 | $58.27 |
| Escrow Shortage | November 24, 2014 | $7,708.92 |

Total prepetition fees, expenses, and charges. — $10,370.19

## Part 3: Statement of Amount Necessary to Cure Default as of the Petition Date

Does the installment payment amount include an escrow deposit?

☐ No

☒ Yes.  Attach to the Proof of Claim form an escrow account statement prepared as of the petition date in a form consistent with applicable non-bankruptcy law.

1. Installment payments     Date last payment received by creditor     **November 29, 2013**

   Number of Installment payments due     **13**

2. Amount of installment Payments due
   **13 Installments @ $1,774.50**     **$23,068.50**
   **(November 1,2013 - November 1,2014)**

   Total Installment payments due as of the petition date:     **$23,068.50**     Copy total here     **$23,068.50**

   <u>Add</u> total prepetition fees, expenses, and charges     **$10,370.19**

   <u>Subtract</u> total of unapplied funds     **-$-1,183.92**

   Total amount necessary to cure default as of the petition date     **$32,254.77**

3. 1st Post Petition Due Date: **December 1, 2014 @ $2,236.15**

Basis for asserting that the applicable party has the right to foreclose

JPMorgan Chase Bank, N.A., services the loan on the property referenced in this proof of claim. In the event the automatic stay in this case is lifted/set aside, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of JPMorgan Chase Bank, National Association

Said entity, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to said entity or has been duly endorsed.



| Customer Service Center | 1-800-848-9136 |
| --- | --- |
| Monday - Friday | 8 a.m. - 12 a.m. (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |

JOSEPH D PERRY
CARRI L PERRY
22510 S 173RD WAY
GILBERT AZ 85298-8987

### Escrow: Taxes and Insurance Statement

| | |
| --- | --- |
| Loan Number | |
| Statement Date | 11/28/2014 |
| Review Period | 11/2014 to 11/2014 |
| **Escrow Shortage** | **$0.00** |

### Important Message

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 12/01/2014 |
| --- | --- | --- |
| Principal & Interest | $1,774.48 | $1,774.48 |
| Escrow Account Deposit | $0.02 | $461.67 |
| **Total Payment Amount** | **$1,774.50** | **$2,236.15** |

### Summary
**Your escrow account is balanced.**

You have exactly the amount of money in your escrow account needed to pay your estimated property taxes and/or insurance for next year. Keep this statement for your records. You do not need to do anything else.

Your monthly payment will be $2,236.15 starting 12/01/14.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be[1].

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. If there is no difference between the numbers, your escrow account is balanced.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-7,708.92 | Your estimated lowest account balance for 2015 |
| **$0.00** | **Your escrow account is balanced** |

[1]See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,774.50. Your mortgage payment includes principal and interest $1,774.48 and escrow money $0.02.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-5,950.29.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: November 2014 to November 2014

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $1,316.30 | $-5,950.55 |
| 11/2014 | Deposit | $425.90 | $0.26 | E | $1,742.20 | $-5,950.29 |
| 12/2014 | Deposit | $425.90 | $0.00 | * | $2,168.10 | $0.00 |
| 01/2015 | Deposit | $425.90 | $0.00 | * | | |
| | Withdrawal - HOMEOWNER IN | $2,594.00 | $0.00 | * | $0.00 | $0.00 |
| 02/2015 | Deposit | $425.90 | $0.00 | * | $425.90 | $0.00 |
| 03/2015 | Deposit | $425.90 | $0.00 | * | $851.80 | $0.00 |
| 04/2015 | Deposit | $425.90 | $0.00 | * | | |
| | Withdrawal - COUNTY TAX | $1,258.38 | $0.00 | * | $19.32 | $0.00 |
| 05/2015 | Deposit | $425.90 | $0.00 | * | $445.22 | $0.00 |
| 06/2015 | Deposit | $425.90 | $0.00 | * | $871.12 | $0.00 |
| 07/2015 | Deposit | $425.90 | $0.00 | * | $1,297.02 | $0.00 |
| 08/2015 | Deposit | $425.90 | $0.00 | * | $1,722.92 | $0.00 |
| 09/2015 | Deposit | $425.90 | $0.00 | * | $2,148.82 | $0.00 |
| 10/2015 | Deposit | $425.90 | $0.00 | * | | |
| | Withdrawal - COUNTY TAX | $1,258.38 | $0.00 | * | $1,316.34 | $0.00 |
| | Total Deposits | $5,110.80 | $0.26 | | | |
| | Total Withdrawals | $5,110.76 | $0.00 | | | |
| | Account Balance as of 11/2014 | | | | | $-5,950.29 |





**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 11/28/2014 |
| Review Period | 11/2014 to 11/2014 |
| Escrow Shortage | $0.00 |

JOSEPH D PERRY
CARRI L PERRY
22510 S 173RD WAY
GILBERT AZ 85298-8987

### Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $461.67 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-7,708.92 in April 2015 (highlighted below). That is equal to your minimum required balance of $0.00.

#### Next Year: December 2014 to November 2015

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $-5,950.29 |
| 12/2014 | Deposit | $461.67 | | $-5,488.62 | |
| 01/2015 | Deposit<br>Withdrawal - HOMEOWNER IN | $461.67<br>$2,594.00 | | $-7,620.95 | |
| 02/2015 | Deposit | $461.67 | | $-7,159.28 | |
| 03/2015 | Deposit | $461.67 | | $-6,697.61 | |
| 04/2015 | Deposit<br>Withdrawal - COUNTY TAX | $461.67<br>$1,472.98 | | $-7,708.92 | |
| 05/2015 | Deposit | $461.67 | | $-7,247.25 | |
| 06/2015 | Deposit | $461.67 | | $-6,785.58 | |
| 07/2015 | Deposit | $461.67 | | $-6,323.91 | |
| 08/2015 | Deposit | $461.67 | | $-5,862.24 | |
| 09/2015 | Deposit | $461.67 | | $-5,400.57 | |
| 10/2015 | Deposit<br>Withdrawal - COUNTY TAX | $461.67<br>$1,472.98 | | $-6,411.88 | |
| 11/2015 | Deposit | $461.67 | | $-5,950.21 | |
| | Total Estimated Deposits | $5,540.04 | | | |
| | Total Estimated Withdrawals | $5,539.96 | | | |
| | Estimated Account Balance as of November 2015 | | | $-5,950.21 | |

### Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $1,472.98 | April 15 | HOMEOWNER IN | $2,594.00 | January 15 |
| COUNTY TAX | $1,472.98 | October 15 | | | |

**Total Tax and Insurance Monthly Payment Amount = $461.67**

This Page Intentionally Left Blank