SO ORDERED.

Dated: October 8, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Carri Louise Perry |
| Case No.: | 2:14-bk-17485-EPB |
| Subject of Matter: | Motion to Avoid Junior Lien |
| Date Matter Ruled Upon: | October 8, 2015 |

Before the court in this chapter 13 is debtors' motion to avoid the second mortgage lien held by JP Morgan Chase aka Real Time Solutions Serivces. Debtors assert that such lien is wholly unsecured.

The motion was served by first class mail to two locations for the Bank and to the attention of authorized representatives. However, JP Morgan Chase is an FDIC insured institution governed by Bankruptcy Rule 7004(h), which requires service be made by *certified mail* and on an *officer of the institution*. Where a particular creditor's rights are at issue, the Bankruptcy Rules require more than minimal notice to satisfy due process concerns. *See in re*

*Frates,* 507 B.R. 298, 302 (9th Cir. BAP 2014). Therefore, the proposed order is denied without prejudice until service conforms to the Rules.